IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01722-ZLW-MEH

MOMINA S. MOHAMMED,

      Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
ROBERT MATHER, Denver District Director of United States Citizenship and
Immigration Services,

      Defendants.

_____

ORDER OF DISMISSAL

_____

The matter before the Court is a Stipulated Motion To Dismiss, signed by the

attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated Motion To Dismiss is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed

with prejudice, the parties to pay their own costs and attorney fees.

DATED at Denver, Colorado, this   28   day of November, 2007.

BY THE COURT:

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court